McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-049 AC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET CHANGE OF PLEA |
| v. | DATE: May 20, 2019 |
| CHIQUI F. RAMOS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, having consulted with the Court's courtroom deputy regarding scheduling, hereby stipulate and request the Court to order as follows:

1. By previous order, this matter was set for status on May 20, 2019.

2. The parties request the Court vacate the status conference and reset this case for a change

///

///

///

///

///

///

STIPULATION AND PROPOSED ORDER

1

| | |
|---|---|
| 1 | of plea to take place on May 22, 2019, at 9:00 a.m. |
| 2 |     IT IS SO STIPULATED. |

Dated: May 20, 2019　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ CHRISTOPHER S. HALES
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER S. HALES
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: May 20, 2019　　　　　　　　　　　/s/ ELENA CONDES
　　　　　　　　　　　　　　　　　　　　　ELENA CONDES
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　CHIQUI F. RAMOS

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED this 20th day of May, 2019.

Dated: May 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE