1  MCGREGOR W. SCOTT
   United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-049 AC

12                    Plaintiff,          STIPULATION TO CONTINUE CHANGE OF
                                          PLEA
13          v.
                                          DATE: May 22, 2019
14 CHIQUI F. RAMOS,                       TIME: 9:00 a.m.
                                          COURT: Hon. Allison Claire
15                    Defendant.

16

17                            **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, having consulted with the Court's courtroom deputy and the

20 Court's chief staff interpreter regarding scheduling, hereby stipulate and request the Court to order as

21 follows:

22        1.      By previous order, this matter was set for change of plea on May 22, 2019.

23        2.      On Monday, May 20, 2019, defense counsel indicated defendant will require a Tagalog

24 interpreter for the change of plea.

25        3.      The Court's chief staff interpreter has confirmed availability of a Tagalog interpreter on

26 Monday, June 3, 2019, at 9:00 a.m. and the Court and parties are available at that date and time.

27        ///

28        ///

   STIPULATION AND PROPOSED ORDER                    1

4. The parties therefore hereby request the Court to reset this case for a change of plea to take place on June 3, 2019, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: May 22, 2019

McGREGOR W. SCOTT
United States Attorney


/s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney


Dated: May 22, 2019

/s/ ELENA CONDES
ELENA CONDES
Counsel for Defendant
CHIQUI F. RAMOS


## [~~PROPOSED~~] ORDER

IT IS SO ORDERED this 23rd day of May, 2019.

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE